**Appeal Dismissed and Memorandum Opinion filed April 21, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00122-CV

_____

## DEBORA GUAJARDO AND FRANCISCO LOZANO, Appellants

### V.

## ROLEGIO RAMOS, JR., ELIZABETH FLORES-SAUCEDO, AES INVESTMENTS LLC, AND AARON E. STYRON D/B/A PRIME REALTY GROUP, Appellees

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-83206**

## MEMORANDUM OPINION

This is an appeal from a judgment signed November 5, 2019. The notice of appeal was filed February 3, 2020. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court that appellants did not make arrangements to pay for the record. On March 9, 2020, the court notified all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellants paid or made arrangements to pay

for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). No such proof has been filed.

Accordingly, the appeal is **DISMISSED**. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.